IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


AMANDA FIELDS,                )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        1:12cv976-MHT
                              )            (WO)
WAL-MART STORES EAST, LP,     )
                              )
        Defendant.            )

### JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 33), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 25th day of March, 2014.


          ___/s/ Myron H. Thompson___
          UNITED STATES DISTRICT JUDGE